

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 2 7 2018

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:18-MJ- 6/2

MICHAEL ANTHONY GRIMES

## CRIMINAL COMPLAINT

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about September 17, 2018, in the Fort Worth Division of the Northern District of Texas, defendant Michael Anthony Grimes did intentionally and knowingly by intimidation take from the person and presence of L.J, money belonging to and in the care, custody, control, management and possession of a bank, that is, the BBVA Compass Bank, 4401 Basswood Boulevard, Fort Worth, Texas, the deposits of which were then insured by the Federal Deposit Insurance Association (FDIC).
In violation of 18 U.S.C. § 2113(a).

I, Stephanie Phillips (your Affiant), further state that I am a detective with the Fort Worth Police Department (FWPD) and I am currently assigned as a Task Force Officer with the Federal Bureau of Investigation (FBI), Fort Worth, Texas, and that this Complaint is based upon the following facts:

1. I have been employed as an officer with FWPD since 1992, assigned as a Detective since 2010, and I am currently assigned to investigate violations of 18 U.S.C. § 2113, relating to Bank Robbery. The information contained in this affidavit is from my personal knowledge and from information provided by other individuals.

2. On September 17, 2018, law enforcement officers responded to a robbery at the BBVA Compass Bank, 4401 Basswood Boulevard, Fort Worth, Texas ("the bank"). Your affiant and Task Force Officer Weldon Thompson responded. Your affiant interviewed L.J., who was an employee of the bank and the victim of the robbery.

3. L.J. related that at approximately 11:30 a.m., she was working between the drive thru teller line and the front teller line, when a black male, hereinafter referred to as robber, walked into the bank and approached another teller.

4. The robber walked up to L.J. when she turned and addressed him. The robber presented L.J. with a note that read, "Give me all the money in your register" and "thank you and sorry."

5. L.J. was in fear for her safety and complied with the robber's demands giving him $6040 from her drawer. The suspect took the money and note and walked outside.

6. On the day of the robbery Branch Manager Aymen Nassar of the BBVA Compass Bank, 4401 Basswood Boulevard, Fort Worth, Texas advised that the deposits of the bank were insured by the Federal Deposit Insurance Association.

7. Your affiant reviewed the bank surveillance footage of the robbery and noted that the robber picked up a plastic cup containing candy while he was standing at L.J.'s teller window.

8. FWPD Crime Scene Officer K Capps responded to the bank and took the cup in question into evidence. Officer Capps then processed the cup for potential prints. Officer Capps obtained latent prints from the cup and submitted them to the FWPD Crime Lab.

9. Your Affiant requested that the latent prints be checked through AFIS (Automated Fingerprint Identification System) for any possible matches.

10. Your affiant obtained still photos from the bank surveillance footage and disseminated a bulletin to patrol officers attempting to identify the robber.

11. On September 25, 2018, your affiant was contacted by FWPD Officer Watkins #4509.  He advised he believed the robber in the bulletin from the BBVA Compass was Michael Grimes.  Officer Watkins interacted with Grimes on September 24, 2018, in reference to a domestic disturbance at 8600 Scenic Green Circle #8305, Fort Worth, Texas located three miles from the BBVA Compass Bank on 4401 Basswood Boulevard, and a prior theft at the Kroger Food store, 5241 North Tarrant Parkway, Fort Worth, Texas.

12. Your affiant checked a police database and located a photo of Michael Anthony Grimes previously contacted by Officer Watkins.  The person depicted in the photo resembled the bank robber and Grimes' physical description matched that of the bank robber.

13. On September 26, 2018, your affiant requested a comparison of the latent prints from the bank robbery against those of Michael Anthony Grimes.

14. On 09/27/2018, your affiant was contacted by the Fort Worth Police Department Crime Lab and was advised that they had completed the AFIS check of the latent prints of the cup in question before they obtained the comparison request and that the AFIS results showed the prints on the cup to be those of Michael Anthony Grimes.

Based upon the foregoing Affiant believes that Michael Anthony Grimes, black male, has committed the offense of Bank Robbery, in violation of 18 U.S.C. § 2113(a).

_____
Detective Stephanie Phillips, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, on this __27th__ day of September 27, 2018, at _4:10_ a.m./p.m. in Fort Worth, Texas.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE